# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 665 |
| | : |
| REAPPOINTMENT TO THE CIVIL | : CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, Joseph R. Podraza, Jr., Esquire, Philadelphia, is hereby reappointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing July 1, 2017.